BEACH, SURVIVING EXECUTOR OF RICHARDS, v. PEARS.

Where defendant demands oyer of the letters testamentary, and the contents of the will are not in question, it is sufficient to give a copy of the letters testamentary, certified by the register, without annexing a copy of the will.

On *scire facias* to revive judgment.

*Leake*, for defendant, had required oyer of the letters testamentary from the plaintiff's attorney.

*R. Stockton*, for plaintiff, gave him a copy of the letters testamentary, certified by the register. *Leake* objected that the oyer was incomplete unless a copy of the will was annexed.

PER CUR. We think the copy of the letters testamentary which have been given all that is requisite. That shows the authority under which the executor acts, and his capacity to sue. The contents of the will are not in question.